STATE of Missouri, Respondent,

v.

Daniel N. NOLAN, Appellant.

No. WD 59039.

Missouri Court of Appeals, Western District.

Nov. 13, 2001.

Craig A. Johnston, Asst. Public Defender, Columbia, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, Attorney for Respondent.

Before NEWTON, P.J., LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Daniel Nolan appeals his jury conviction of one count of delivery of a controlled substance, § 195.211, RSMo.2000, and sentence as a prior and persistent offender to eight years in the department of corrections. The appellant claims the Buchanan County Circuit Court erred in overruling

his motion for judgment of acquittal and committed plain error in submitting the verdict director of a co-defendant. Affirmed. Rule 30.25(b).